﻿Citation Nr: 19158992
Decision Date: 07/30/19 Archive Date: 07/30/19

DOCKET NO. 13-27 536
DATE: July 30, 2019

REMANDED

Entitlement to service connection for bilateral hearing loss is remanded.

REASONS FOR REMAND

The Veteran served on active duty from July 1969 to January 1972, to include service in the Republic of Vietnam. 

The matter comes before the Board of Veterans’ Appeals (Board) on appeal from a December 2012 rating decision by the Department of Veterans Affairs (VA) Regional Office (RO) in Des Moines, Iowa. In his September 2013 substantive appeal the Veteran requested a videoconference hearing; however, he withdrew that request in November 2015. This appeal was previously remanded by the Board in August 2017.

The Board previously remanded this claim in August 2017 in part to obtain an opinion regarding whether the Veteran’s service-connected tinnitus caused or aggravated his hearing loss. While an examination was performed and an opinion obtained in November 2017, the examiner did not address this question. As such, an additional examination and opinion are necessary. 

Accordingly, the case is REMANDED for the following action:

1. Ask the Veteran to identify all outstanding treatment records relevant to his hearing loss. All identified VA records should be added to the claims file. All other properly identified records should be obtained if the necessary authorization to obtain the records is provided by the Veteran. If any records are not available, or the Veteran identifies sources of treatment but does not provide authorization to obtain records, appropriate action should be taken (see 38 C.F.R. § 3.159(c)-(e)), to include notifying the Veteran of the unavailability of the records.

2. After records development is completed, schedule the Veteran for a VA examination to determine whether it is at least as likely as not (50 percent probability or greater) that any current hearing loss disability arose during service or is otherwise related to service, to include as due to noise exposure as a result of his duties as a track operator or related to his complaints of trouble hearing after a mine exploded near him in March 1970. 

The examiner is also asked to offer an opinion as to whether it is at least as likely not that his current hearing loss disability was (a) caused by, or (b) aggravated by (worsened beyond natural progression) his service-connected tinnitus. 

The examiner should elicit a full history from the Veteran and consider the lay statements of record. The Veteran is competent to attest to factual matters of which he has first-hand knowledge, and if there is a medical basis to support or doubt the history provided by the Veteran the examiner should provide a fully reasoned explanation. 

The examiner should explain why any bilateral hearing loss disability is or is not merely a delayed response to in-service noise exposure. The examiner should explain the reasoning for any opinion provided, to include the medical significance of any findings, as the Board is precluded from making medical findings.

 

Nathan Kroes

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD Audrey Kim

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.